**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JULIE COULTER, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-2065 |
| v. | (JUDGE CAPUTO) |
| EAST STROUDSBURG UNIVERSITY | |
| and ROBERT J. DILLMAN, | |
| Defendants. | |

## ORDER

**NOW**, this 15th day of June, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 9) is **GRANTED**.

The Clerk of Court is directed to mark the case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge