**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JULIE COULTER,

    Plaintiff,

        v.

EAST STROUDSBURG UNIVERSITY
and ROBERT J. DILLMAN,

    Defendants.

CIVIL ACTION NO. 3:11-2065

(JUDGE CAPUTO)

## ORDER

**NOW**, this 15th day of June, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 9) is **GRANTED**.

The Clerk of Court is directed to mark the case as **CLOSED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge